JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE BENSON,<br><br>   Plaintiff,<br><br> v.<br><br>RICHARD OBERHOLZER, *et al.*,<br><br>   Defendant. | NO. SACV 21-1679-DDP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

  IT IS ORDERED that Defendants' motion to dismiss the complaint is granted without leave to amend and the entire action is dismissed with prejudice.

DATED: June 27, 2022      _____
                 DEAN D. PREGERSON
                 United States District Judge