JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE BENSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD OBERHOLZER, *et al.*,<br><br>　　　　Defendant. | NO. SACV 21-1679-DDP (AGRx)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion to dismiss is granted without leave to amend, judgment is entered for Defendants, and this action is dismissed with prejudice.

DATED: June 27, 2022

_____
DEAN D. PREGERSON
United States District Judge